IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br> vs.<br><br>RENE GUILLEN<br><br>   *Defendant.* | Case No. 1:24-MJ-00093 SKO<br><br>**ORDER TO EXONERATE CASH BOND** |

On August 14, 2024, the defendant, Rene Guillen was released on conditions, including $5000 cash bond. The Central District of California STAYED the release and ordered the defendant transported for a detention hearing in their Court. On September 23, 2025, District Judge Daniel M. Traynor Ordered the defendant detained.

For those reasons the cash bond is to be exonerated to the surety who posted a $5,000 cash bond.

**ORDER**

IT IS SO ORDERED that the Clerk of the Court shall exonerate the $5,000 cash bond plus accrued interest (receipt # CAE100003420 posted by Alyssa Vargas) be made payable to and mailed to Ms. Vargas at 1200 Crawford St. Bakersfield, CA 93305.

IT IS SO ORDERED.

DATED: 9/26/2024

               *Sheila K. Oberto*
               U.S. Magistrate Judge, Sheila K. Oberto